|  |  |  |
|---|---|---|
| | UNITED STATES DISTRICT COURT<br>MARTIN LUTHER KING, JR.<br>FEDERAL BLD & U.S. COURTHOUSE<br>50 WALNUT STREET<br>P.O. BOX 419<br>NEWARK, N.J. 07101-0419 | CAMDEN OFFICE<br>USPO & Courthouse<br>401 Market Street<br>Camden, N.J. 08101 |
| William T. Walsh<br>Clerk | | TRENTON OFFICE<br>402 East State Street<br>P.O. BOX 515<br>Trenton, N.J. 08603 |

September 11, 2012

In Re: MDL 2158, ZIMMER DUROM HIP CUP PRODUCTS LIABILITY LITIGATION

NOTICE TO ALL COUNSEL:

On August 24, 2012, the Judicial Panel on Multi-District Litigation transferred the following action(s) concerning this litigation to the District of New Jersey.

**Master Case Number**: 2:09-CV-04414 (SDW)(MCA)

New Mexico Case Number: Wilson v. Zimmer Holdings, Inc et al., 1:12-cv-00803
New Jersey Case Number: 2:12-05641

All mail in this litigation should be sent to the Newark office. The District of New Jersey requires documents to be filed electronically. Please refer to the court's website www.njd.uscourts,gov to obtain information on becoming an Electronic Filing User in the District of New Jersey. Documents not filed electronically must be submitted with a disc or CD-ROM in accordance with the District of New Jerseys CM/ECF Policies and Procedures. These Policies and Procedures can be found on the court's website. If there is a need to contact this office by phone, you may contact: Murtuza Akbari at (973) 645-4555.

The District of New Jersey's motion practice is covered by Local Rules 7.1, 37.1 and 78.1 and will be followed, unless otherwise ordered by the Court. The Local Civil Rules are available on the court's website.

Very Truly yours,

WILLIAM T. WALSH, CLERK

By:   Murtuza Akbari
         Deputy Clerk